UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 17370
     BILLIE J MCKNIGHT
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

             Debtor
     SSN XXX-XX-7183
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/29/2006 and was confirmed 04/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 12/19/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 5000.00 | .00 | .00 |
| THE CIT GROUP/CONSUMER F | CURRENT MORTG | .00 | .00 | .00 |
| THE CIT GROUP/CONSUMER F | MORTGAGE ARRE | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 16100.46 | 674.13 | 4429.02 |
| TRIAD FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1943.38 | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 1411.48 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 6893.79 | .00 | .00 |
| HOUSEHOLD TAX MASTERS | UNSECURED | 354.70 | .00 | .00 |
| ILLINOIS LENDING CORPORA | UNSECURED | 1621.92 | .00 | .00 |
| ISAC IDAPP | UNSECURED | 58760.95 | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 3265.01 | .00 | .00 |
| ARONSON FURNITURE | SECURED | .00 | .00 | .00 |
| GROVE CONDOMINIUM ASSOCI | CURRENT MORTG | .00 | .00 | .00 |
| LORRAINE GREENBERG & ASS | DEBTOR ATTY | 2,364.00 | | 1,321.25 |
| TOM VAUGHN | TRUSTEE | | | 431.24 |
| DEBTOR REFUND | REFUND | | | 417.50 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 7,273.14 | |
| PRIORITY | | .00 |
| SECURED | | 4,429.02 |
|     INTEREST | | 674.13 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,321.25 |
| TRUSTEE COMPENSATION | | 431.24 |

              PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 17370 BILLIE J MCKNIGHT

```
DEBTOR REFUND                                                417.50
                          ----------------    ----------------
TOTALS                          7,273.14            7,273.14
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 03/26/08                   /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE